```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 20 2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ASTRAEA NYC LLC,

                        Plaintiff,          Civil Action No.
                                                   1:21-cv-10493-LLS

          - against -                    **SATISFACTION OF JUDGMENT**

RIVADA NETWORKS, INC.,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        WHEREAS, a judgment was entered in the above action on the 15th day of February, 2022, in favor of Astraea NYC LLC and against Rivada Networks, Inc. in the amount of $3,131,816.91, plus interest thereon from the 18th day of November, 2021, and said judgment with interest thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

        THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Syracuse, New York
           June 16, 2023

                                       **MACKENZIE HUGHES LLP**

                        by: _____
                                       Neil J. Smith, Esq.
                                       *Attorneys for Plaintiff/Judgment Creditor Astraea NYC LLC*
                                       440 South Warren Street, Suite 400
                                       Syracuse, New York 13202-2061
                                       (315) 474-7571

{M0979573.2}

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF ONONDAGA     )

On the 16TH day of June, 2023 before me personally came Neil J. Smith, Esq., to me known and known to be a member of the firm of Mackenzie Hughes LLP, attorneys for Astraea NYC LLC in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_James O. Calaprico_
Notary Public

JAMES O. CALAPRICO
Notary Public, State of New York
Qualified in Onon. Co.  No. 4725157
Commission Expires December 31, 2024

{M0979573.2}